**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Negasi GIRMAY,

Petitioner,

v.

UNITED STATES OF AMERICA, et al.,

Respondents.

Case No.: 26-cv-4166-AGS-VET

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2) AND PROVISIONALLY APPOINTING COUNSEL**

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention, and he moves to proceed without paying the filing fee—known as proceeding *in forma pauperis* ("IFP"). Typically, parties seeking a writ of habeas corpus must pay a $5 filing fee. *See* 28 U.S.C. § 1914(a). But an action may proceed without payment if the court grants leave to proceed IFP. *See Hymas v. U.S. Dep't of the Interior*, 73 F.4th 763, 765 (9th Cir. 2023) (holding that when an "IFP application is denied altogether, Plaintiff's case [cannot] proceed unless and until the fee[s] [a]re paid"). Girmay claims to have no "job, assets[,] or cash" (ECF 2, at 2–3), so the IFP request is granted.

In addition, the Court provisionally appoints Federal Defenders of San Diego, Inc., to determine whether petitioner qualifies for representation by that organization for this petition. The Clerk is directed to forward a copy of this order to Federal Defenders at CAS_2241@fd.org. By **July 31, 2026**, Federal Defenders must submit a notice to the Court detailing whether it will accept the appointment. If it accepts appointment and files an amended petition, the Court adopts the Standard Procedures from Chief Judge Order No. 144 for that amended petition.

Dated: July 23, 2026

Hon. Andrew G. Schopler
United States District Judge