UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Negasi GIRMAY,

Petitioner,

v.

UNITED STATES OF AMERICA, et al.,

Respondents.

Case No.: 26-cv-4166-AGS-VET

**ORDER GRANTING AMENDED HABEAS PETITION (ECF 10) AND ORDERING BOND HEARING**

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondent "concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (ECF 12, at 1.) The Court thus **GRANTS** the petition and orders that petitioner receive such a bond hearing by August 24, 2026.

Upon the petitioner's request for a continuance, the immigration judge may grant reasonable extensions of that deadline. In addition, within seven days of that hearing, the parties must submit a status update on the immigration judge's ruling. The status update must include a copy of the immigration judge's order. All other deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: August 10, 2026

Hon. Andrew G. Schopler
United States District Judge