# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Negasi Girmay

**Petitioner,**

**V.**

See Attachment

**Respondent.**

**Civil Action No.** 26-cv-4166-AGS-VET

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Amended Habeas Petition (ECF [10]). The case is hereby closed.

**Date:** 8/10/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita
M. Fujita, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-4166-AGS-VET

Respondents:

The United States of America

Markwayne Mullin
in his Official Capacity, Secretary of the Department of Homeland Security

Todd Blanche
in his Official Capacity, Attorney General, Department of Justice

Daniel A. Brightman
in his Official Capacity, Field Office Director, San Diego Filed Office, U.S. Immigration and Customs Enforcement

Todd Lyons
in his Official Capacity, Acting Director, Immigration & Customs Enforcement

Jeremy Casey
in his Official Capacity, Warden of Immigration Detention Facility, Imperial Regional Detention Center

Jesus Rocha